AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Massachusetts

Nautilus Insurance Company,

    Plaintiff

V.

Cote's Remodeling, Inc., and Michael P. Cote

    Defendants

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05 11388 RWZ

TO: (Name and address of Defendant)

    Michael P. Cote, Individually
    141 South Main Street
    Bellingham, MA  02019

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

    Matthew J. Walko, Esq. (BBO No. 562172)
    Smith & Duggan LLP
    Two Center Plaza, Suite 620
    Boston, Massachusetts  02108-1906

an answer to the complaint which is herewith served upon you, within __twenty (20)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

(By) DEPUTY CLERK

DATE: JUN 30 2005

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

---

Norfolk County Sheriff's Department   P.O. Box 859215 Braintree, MA 02185-9215 / Tel. # (781) 326-1787
Norfolk, ss.

July 19, 2005

I hereby certify and return that on 7/18/2005 at 4:30PM I served a true and attested copy of the summons and complaint in this action in the following manner: To wit, by delivering in hand to Michael P.Cote at 141 South Main Street Bellingham MA 02019 . Basic Service Fee ($30.00), Copies-Attestation ($5.00), Postage and Handling ($1.00) Total Charges $36.00

Deputy Sheriff Joan Geer

_____
Deputy Sheriff

_____
*Address of Server*

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.