# UNITED STATES DISTRICT COURT

District of Massachusetts

Nautilus Insurance Company,

    Plaintiff

V.

Cote's Remodeling, Inc., and Michael P. Cote

    Defendants

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05 11388 RWZ

TO: (Name and address of Defendant)

    Michael P. Cote, President
    Cote's Remodeling, Inc.
    141 South Main Street
    Bellingham, MA  02019

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

    Matthew J. Walko, Esq. (BBO No. 562172)
    Smith & Duggan LLP
    Two Center Plaza, Suite 620
    Boston, Massachusetts  02108-1906

an answer to the complaint which is herewith served upon you, within __twenty (20)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

_[signature]_

(By) DEPUTY CLERK

DATE: JUN 3 0 2005

**Norfolk County Sheriff's Department**   P.O. Box 859215 Braintree, MA 02185-9215 / Tel. # (781) 326-1787
Norfolk, ss.

July 19, 2005

I hereby certify and return that on 7/18/2005 at 4:30PM I served a true and attested copy of the summons and complaint in this action in the following manner: To wit, by delivering in hand to Michael Cote, Pres., person in charge at the time of service for Michael Cote Pres. Cotes Remodeling, Inc, at 141 South Main Street, Bellingham, MA 02019. Basic Service Fee ($30.00), Copies-Attestation ($10.00), Conveyance ($4.50), Postage and Handling ($3.00), Travel ($16.44) Total Charges $63.94

Deputy Sheriff Joan Geer                                   Deputy Sheriff

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|--------|----------|-------|
|        |          |       |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                  Date                        Signature of Server

_____
Address of Server

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.